# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 18-00155-KD-MU-2 |
| | ) | |
| MANUEL VARGAS-ESCOBAR, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 34) and without any objection having been filed by the parties, the plea of guilty of Defendant Manuel Vargas-Escobar to Count Three of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **July 18, 2018** at **9:00 a.m.** under separate order.

**DONE** the 12th day of July 2018.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**